# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAHI CASAS, individually and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>HOMEGOODS, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-01274-RBM-SBC<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT MATTER TO ARBITRATION AND DISMISS CLASS CLAIMS**<br><br>**[Doc. 8]** |

On April 4, 2024, Plaintiff Sarahi Casas and Defendant HomeGoods, Inc. (collectively, the "Parties") filed a Joint Motion to Dismiss ("Joint Motion"). (Doc. 13.) In the Joint Motion, the Parties "move to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)." (*Id.* at 2.)

"Rule 41(a)(1) allows a plaintiff to 'dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.'" *Dougan v. Centerplate, Inc.*, No. 22-CV-1496 JLS (SBC), 2023 WL 8604152, at *2 (S.D. Cal. Dec. 12, 2023) (citing Fed. R. Civ. P. 41(a)(1)(A)).

///

///

1    Accordingly, the Court **GRANTS** the Parties' Joint Motion.

2    **IT IS SO ORDERED**.

3  DATE:  May 2, 2024

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE